**EXHIBIT 2:** INFRINGEMENT

URL: https://fanarch.com/blogs/fan-arch/the-legacy-brand-of-sports-illustrated-a-timeless-icon-in-sports-journalism



**EXHIBIT 3:** DMCA SCREENGRAB INFRINGEMENT

